RECEIVED
MAR 21 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANDREW MIXON (#563240), Plaintiff | CIVIL ACTION NO. 1:15-CV-2782; "P" |
| VERSUS | CHIEF JUDGE DRELL |
| GLENN CORTELLO, ET AL., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's complaint is hereby DENIED AND DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 21st day of March, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT